UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAEME J. PRITCHETT and<br>MICHAEL S. GREENE,<br><br>    Plaintiffs,<br><br>v.<br><br>PETZL and PETZL AMERICA, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    No. 3:02-CV-90<br>)    (GUYTON)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

**MEDIATION:** The Court having reviewed the record in this case, finds that the issues in controversy in this case are appropriate for formal mediation. Accordingly, the parties and their attorneys, are instructed to discuss the procedure for, and benefits of mediation, and to give good faith consideration to mediation. Prior to the trial of this case, the parties may be asked to show good cause why mediation has not occurred.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge